IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MAURICE T. HAMILTON | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 21-1970 |
| | : | |
| P/O CHAD GUGGER, *et al.* | : | |

# ORDER

**AND NOW**, this 14th day of June 2021, upon studying Plaintiff's Complaint (ECF Doc. No. 1) following his payment of the fees and mindful of Congress's mandate to screen the Complaint under the Prison Litigation Reform Act, and for reasons in the accompanying Memorandum, it is **ORDERED** Plaintiff's Complaint (ECF Doc. No. 1) is **dismissed** with prejudice as frivolous, lacking merit, and untimely and the Clerk of Court shall **close** this case.

_____
**KEARNEY, J.**